GREGORY A. DOUGLAS, ESQ. (SBN 147166)
ANGIE V. PHUNG, ESQ. (SBN 238949)
DOUGLAS PHUNG, LLP
5500 Bolsa Ave., #201
Huntington Beach, CA  92649
Telephone:   (562) 252-8800
Facsimile:    (562) 256-1006
gdouglas@dplawllp.com

Attorneys for Plaintiff(s)
JAYNE HOPKINS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYNE HOPKINS, an individual, | Case No. 1:13-CV-00612-AWI-JLT |
| Plaintiff, | **JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE;  ORDER** |
| vs. | |
| WASH DEPOT HOLDINGS, INC., a corporation; NATIONAL RETAIL PROPERTIES, INC., a Corporation; DOES 1-10, business entit(ies), form(s) unknown; DOES 11-20, individual(s); and DOES 21-30, inclusive, | |
| Defendant(s). | |

## ORDER AND DISMISSAL WITH PREJUDICE

On reading and filing the Joint Stipulation of the parties hereto for dismissal with prejudice of the entire action, an good cause appearing therefore,

IT IS HEREBY ADJEDGED, ORERED AND DECREED that this action be

1   dismissed with prejudice, with each party to bear their own attorney's fees and costs

2   to achieve this dismissal.  The Court shall retain jurisdiction only to enforce this

3   Stipulation between the parties.

4

5

6

7   IT IS SO ORDERED.

8   Dated:   October 25, 2013   _____

9                                                    SENIOR  DISTRICT  JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOUGLAS
PHUNG, LLP

JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE; [PROPOSED] ORDER