GREGORY A. DOUGLAS, ESQ. (SBN 147166)
ANGIE V. PHUNG, ESQ. (SBN 238949)
DOUGLAS PHUNG, LLP
5500 Bolsa Ave., #201
Huntington Beach, CA  92649
Telephone:  (562) 252-8800
Facsimile:   (562) 256-1006
gdouglas@dplawllp.com

Attorneys for Plaintiff(s)
JAYNE HOPKINS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYNE HOPKINS, an individual, | Case No. 1:13-CV-00612-AWI-JLT |
| Plaintiff, | **JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE;  ORDER** |
| vs. | |
| WASH DEPOT HOLDINGS, INC., a corporation; NATIONAL RETAIL PROPERTIES, INC., a Corporation; DOES 1-10, business entit(ies), form(s) unknown; DOES 11-20, individual(s); and DOES 21-30, inclusive, | |
| Defendant(s). | |

## ORDER AND DISMISSAL WITH PREJUDICE

On reading and filing the Joint Stipulation of the parties hereto for dismissal with prejudice of the entire action, an good cause appearing therefore,

IT IS HEREBY ADJEDGED, ORERED AND DECREED that this action be

1

DOUGLAS PHUNG, LLP

dismissed with prejudice, with each party to bear their own attorney's fees and costs to achieve this dismissal. The Court shall retain jurisdiction only to enforce this Stipulation between the parties.

IT IS SO ORDERED.

Dated:   October 25, 2013                         _____
                                                                  SENIOR DISTRICT JUDGE